UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:23-02273 DOC (ADS)     Date: November 13, 2023

Title: *Our Fathers Home LLC v. Tucker*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On November 3, 2023, Plaintiff Our Fathers Home LLC filed a civil rights complaint ("Complaint"). (Dkt. No. 1, Compl.) Plaintiff, a limited liability company, is not represented by legal counsel.

A limited liability company may not represent itself in federal court without legal counsel. See Rowland v. California Men's Colony, , 506 U.S. 194, 201-02 (1993). Additionally, Central District of California Local Rule 83-2.2.2 states that:

> Only individuals may represent themselves pro se. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1.

Plaintiff is a limited liability company, which must be represented by an attorney in this Court. Plaintiff may not represent itself.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for appearing improperly without legal counsel**. Plaintiff must file a written response by no later than November 21, 2023. Plaintiff may respond to this Order to Show Cause by filing a notice of appearance of counsel. **Failure to**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:23-02273 DOC (ADS)                                              Date:  November 13, 2023

Title:  *Our Fathers Home LLC v. Tucker*

**respond will result in a recommendation to the district judge that this case be dismissed**.

    **IT IS SO ORDERED.**

Initials of Clerk kh