JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR FATHERS HOME LLC, | Case No. 5:23-02273 DOC (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| ELIZABETH TUCKER, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Obey Court Orders, the Court adjudges the above-captioned case dismissed without prejudice.

DATED:   November 30, 2023

_____
THE HONORABLE DAVID O. CARTER
United States District Judge